## Reiter, Appellant, *v.* New Brunswick Fire Insurance Company.

OPINION BY KEPHART, J., November 22, 1915:

For the reasons given in the opinion this day filed, in the case of Louis Reiter v. Michigan Commercial Insurance Company, the same questions being involved, the order discharging the rule is affirmed.